

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**OFFICE OF THE CLERK**
TEL: 217.492.4020
FAX: 217.492.4028

May 16, 2023

Clerk U.S. District Court
Attn: Criminal Division
Everett McKinley Dirksen
U.S. Courthouse
219 S. Dearborn St, 20th Floor
Chicago, IL 60604

RE: USA v Scott Lewis
CD/IL Case # 23CR30028
ND/IL Eastern Division Case # 1:07CR00007

Dear Clerk of Court:

Enclosed please find an original copy of the Transfer of Jurisdiction Order entered on 5/15/2023 by U.S. District Judge Colleen R. Lawless, with regard to the above-referenced case. We have assigned case number 23-CR-300028 to our file.

Copies of the docket sheet, Indictment, and Judgment have been downloaded from your CM/ECF site. Please forward any financial records including ledger sheets to the Springfield Division.

Also please acknowledge receipt of the enclosed Transfer of Jurisdiction by returning a copy of this letter to the Springfield Division. Thank you very much for your assistance.

                                    Very truly yours,

                                    SHIG YASUNAGA,
                                    CLERK OF COURT

Encl.

RECEIPT ACKNOWLEDGED: By: _____ Date: _____

---

| Peoria Division | Urbana Division | Springfield Division | Rock Island Division |
|---|---|---|---|
| 100 N.E. Monroe St. | 201 S. Vine St. | 600 E. Monroe St. | (Temporarily relocated for mail and hearings to): |
| Room 305 | Room 218 | Room 151 | 131 E. 4th Street, Rm 250 |
| Peoria, IL 61602 | Urbana, IL 61802 | Springfield, IL 62701 | Davenport, IA 52801 309.793.5778 |
| 309.671.7117 | 217.373.5830 | 217.492.4020 | |